IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CLAYTON DUNN PLAINTIFF

V. CIVIL ACTION NO. 1:26-CV-00162-SA-RP

ALCORN COUNTY SHERRIFF'S OFFICE, et al. DEFENDANTS

ORDER DISMSSING CASE WITHOUT PREJUDICE

Clayton Dunn, proceeding *pro se*, filed the instant action challenging the conditions of his confinement pursuant to 42 U.S.C. § 1983 on August 17, 2026. [1] On August 19, 2026, an Order was entered and mailed to Dunn advising him that, if he wished "to continue with this case, he must sign the Acknowledgment (Form PSP-3), and return it to the Clerk of Court within thirty (30) days." [4]

That same date, the Court entered an Order directing Dunn to either complete and return the proper forms to proceed *in forma pauperis* or, in the alternative, to pay the filing fee for this action. [5] The orders required Dunn to take such actions within thirty (30) and twenty-one (21) days, respectively. [4], [5] Both orders warned that failure to comply with these requirements would lead to the dismissal of this action. *Id.*

Dunn failed to complete and return the required paperwork as directed, nor did he pay the filing fee. Consequently, on September 25, 2026, the Court entered an Order directing Dunn to show cause within fourteen (14) days why his case should not be involuntarily dismissed. [6] Dunn has again failed to comply with the Court's directive and the deadline for doing so has passed. The instant action is, therefore, DISMISSED WITHOUT PREJUDICE for Dunn's failure to prosecute and comply with orders of the Court. Any pending motions are TERMINATED as moot.

SO ORDERED, this the 19th day of October, 2026.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE